**Order entered August 24, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00925-CV

**HMS HOLDINGS CORP., HEALTH MANAGEMENT SYSTEMS, INC., AND HMS BUSINESS SERVICES, INC., Appellant**

**V.**

**PUBLIC CONSULTING GROUP, INC., JAMES GAMBINO, AND JASON RAMOS, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09047**

## ORDER

Before the Court is appellants' unopposed motion for extension of time to file their notice of appeal. Appellants' notice of appeal and appellees' notices of cross-appeal shall be treated as timely filed for jurisdictional purposes. TEX. R. APP. P. 26.3, 26.1(d).

                                        /s/     CAROLYN WRIGHT
                                                CHIEF JUSTICE